Susan Lynn Mimura
V. Renee Karel
Danielle M. Evans
Tristan R. Francis
Matthew Tobeck
SUSAN LYNN MIMURA & ASSOCIATES, PLLC
Attorneys at Law
3451 E. Copper Point Drive, Suite 106
Meridian, Idaho 83642
Telephone:  (208) 286-3140
Facsimile:  (208) 286-3135
E-mail: slm@idahoattys.com
Idaho State Bar No. 3033, 9050, 10366, 12248, 11240

*Attorney(s) for the Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **JAMIE HAMILTON N.K.A. JAMIE BOOTHE,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**DEREK ERNEST STETTLER, JESSICA URBAN, STATE OF IDAHO, POCATELLO WOMENS CORRECTIONAL CENTER, IDAHO DEPARTMENT OF CORRECTION.**<br><br>**Defendants.** | **Case No. 1:23-cv-00493-CWD**<br><br>**STATUS REPORT AND STIPULATION FOR ENLARGEMENT OF TIME FOR PLAINTIFF TO SERVE AND DEFENDANTS TO ANSWER OR WAIVE SERVICE** |

COMES NOW, the Plaintiff, JAMIE HAMILTON N.K.A. JAMIE BOOTHE, by and

through her attorney of record, SUSAN LYNN MIMURA of Susan Lynn Mimura & Associates,

PLLC, and the Defendants, JESSICA URBAN, STATE OF IDAHO, POCATELLO WOMENS CORRECTIONAL CENTER, IDAHO DEPARTMENT OF CORRECTION, by and through their Attorney of Record, JOAN CALLAHAN of NAYLOR & HALES, P.C.[1], pursuant to District Local Rule Civ 7.3 (civil) governing stipulations, timely offer as a status report that the Complaint and Summons have not been served upon the Defendants[2]; however, stipulate and agree that this Court should grant an order for an enlargement of time for the Plaintiff to serve the Complaint and Summons upon the Defendants, and for Defendants to file an Answer to Petitioner's Complaint filed on November 8, 2023, beyond time limitations set forth in Federal Rule 4(m) and Idaho District Local Rule Civ 4.1 (Civil) upon the grounds that the parties are attempting to enter pre-litigation negotiation or mediation in effort to resolve all issues in this matter in an efficient and responsible manner. The parties stipulate to enlarge Plaintiff's time to formally serve the Complaint by no later than March 1, 2024, or to request waiver. Defendants should then be permitted to file a responsive pleading or motion pursuant to Federal Rule of Civil Procedure 12; or waive service following request under Federal Rule 4(d)(3).

DATED this 15th day of December, 2023.    DATED this 15th day of December, 2023.


/s/ Susan Lynn Mimura                     /s/ Joan Callahan
SUSAN LYNN MIMURA                         JOAN CALLAHAN
Attorney for Plaintiff                    Attorney for Defendants

---

[1] Defendant's are not conceding that the currently name parties are proper parties to the litigation and reserve all defenses.
[2] Litigation Order and Notice of Telephonic Scheduling Conference dated November 15, 2023, and identified in PACER as Document 4.

**STATUS REPORT AND STIPULATION FOR ENLARGEMENT OF TIME FOR PLAINTIFF TO SERVE AND DEFENDANTS TO ANSWER OR WAIVE SERVICE**
**Hamilton n.k.a. Boothe v. Stettler, et al.**
**1:23-cv-00493-CWD**