Susan Lynn Mimura
V. Renee Karel
Danielle M. Evans
SUSAN LYNN MIMURA & ASSOCIATES, PLLC
Attorneys at Law
3451 E. Copper Point Drive, Suite 106
Meridian, Idaho 83642
Telephone:  (208) 286-3140
Facsimile:  (208) 286-3135
E-mail: slm@idahoattys.com
Idaho State Bar No. 3033, 9050, 10366

*Attorney(s) for the Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **JAMIE HAMILTON N.K.A. JAMIE BOOTHE,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**DEREK ERNEST STETTLER, JESSICA URBAN, STATE OF IDAHO, POCATELLO WOMENS CORRECTIONAL CENTER, IDAHO DEPARTMENT OF CORRECTION.**<br><br>**Defendants.** | **Case No. 1:23-cv-00493-CWD**<br><br>**STATUS REPORT** |

COMES NOW, the Plaintiff, JAMIE HAMILTON N.K.A. JAMIE BOOTHE, by and through her attorney of record, SUSAN LYNN MIMURA of Susan Lynn Mimura & Associates, PLLC, and offers this status report that Plaintiff and Defendants Jessica Urban and Idaho

Department of Correction have mediated and settled this matter fully and will file an Amended Complaint reflecting Derek Stettler as the only Named Defendant in this action.

Plaintiff is not dismissing the action against Derek Ernest Stettler who was invited to the mediation via his Personal Representative, and Plaintiff has discovered that the Personal Representative in the probate proceedings listed an address which is not his primary place of residency according to the sheriff's office of the county in Colorado that the Personal Representative professed as his service address. On December 13, 2023, counsel mailed the Personal Representative of Stettler's estate a letter that enclosed the Summons, Complaint, and Waiver of Service. Counsel also extended to the PR an offer to mediate as Plaintiff and Defendants Urban and IDOC had scheduled mediation. Stettler's estate never responded nor signed the Waiver of Service. Counsel hired a process service company to serve Stettler's estate. Attempts were made at the address the PR listed in Stettler's probate case in Bannock County, Idaho; however, it appears said address is a vacation home. The process service company has located another address and is attempting service there. Counsel will further update the Court as to the status of service upon Stettler's estate by no later than May 20, 2024.

DATED this 8th day of May, 2024.

/s/ Susan Lynn Mimura
SUSAN LYNN MIMURA
Attorney for Plaintiff

STATUS REPORT
*Hamilton n.k.a. Boothe v. Stettler, et al.*
Case No. 1:23-cv-00493-CWD